The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>LAYLA ALMANSURI,<br><br>            Defendant. | No. 2:24-cr-00101-RSL<br><br>ORDER GRANTING MOTION TO CONTINUE SENTENCING AS TO LAYLA ALMANSURI |

THE COURT has considered the unopposed motion of the defense to continue the sentencing date in this matter now set for October 9, 2025, to November 6, 2025. The Court finds good cause for a continuance of the sentencing in this matter based on the recent substitution of counsel in this matter.

IT IS HEREBY ORDERED that sentencing in this matter is continued to November 6, 2025, at 11:00 a.m.

DATED this 6th day of October, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
SENTENCING AS TO LAYLA ALMANSURI
(*Layla Almansuri*; No. 2:24-cr-00101-RSL) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401