The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>LAYLA ALMANSURI,<br><br>   Defendant. | No. 2:24-cr-00101-RSL<br><br>ORDER ON DEFENDANT'S MOTION TO SEAL SENTENCING MEMORANDUM AND EXHIBITS |

THE COURT, having considered Layla Almansuri's motion to seal the sentencing memorandum and accompanying exhibits, finds that there are compelling reasons to file the documents under seal.

IT IS HEREBY ORDERED that the sentencing memorandum and accompanying exhibits be filed under seal.

DATED this 6th day of November, 2025.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by:

*s/Teymur Askerov*
Attorney for Layla Almansuri